**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SANDERLING MANAGEMENT LTD., <br><br> Plaintiff, <br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 1:20-cv-04627 <br><br> Honorable Judge John Robert Blakey <br> Honorable Magistrate Judge Beth Jantz |

### JOINT STIPULATION TO EXTEND CERTAIN BRIEFING DEADLINES

WHEREAS on October 13, 2020, Defendant Snap Inc. ("Snap") filed *Defendant Snap Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* (Dkt. No. 17) and *Defendant Snap Inc.'s Motion to Transfer Venue to the Central District of California Pursaunt to 28 U.S.C. § 1404(A)* (Dkt. No. 20) (collectively, the "Motions");

WHEREAS, the current deadline for Plaintiff Sanderling Management Ltd. ("Sanderling") to file responses to the Motions is November 10, 2020 (*see* Dkt. No. 26);

WHEREAS, the parties have agreed to extend Sanderling's time to respond to the Motions, and to thereafter extend the time for Snap's time to file a reply on the Motions; and

WHEREAS the Parties have not previously sought an extension of the dates governed by this Stipulation, and this stipulation will not cause undue delay of other dates on the case schedule.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED between Sanderling and Snap that the following deadlines are amended as follows:

- Sanderling's responses to the Motions (Dkt. Nos. 17 and 20) are due by **November 23, 2020**; and

1

- Snap's replies in connection with the Motions are due by **December 10, 2020**.

Date: November 6, 2020

| SANDERLING MANAGEMENT LTD. | SNAP INC. |
|---|---|
| */s/ Manny J. Caixeiro* | */s/ Jennifer Klein Ayers* |

| | |
|---|---|
| Timothy J. Carroll (No. 6269515)<br>Catherine N. Taylor (No. 6327677)<br>Jaimin H. Shah (No. 6322814)<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, ILL 60606<br>Telephone: (312) 876 8000<br>Fax: (312) 876 7934<br>tim.carroll@dentons.com<br>catherine.taylor@dentons.com<br>jaimin.shah@dentons.com<br><br>Manny J. Caixeiro (*pro hac vice*)<br>Katherine R. McMorrow (No. 6321349)<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623 9300<br>Fax: (213) 623 9924<br>manny.caixeiro@dentons.com<br>kate.mcmorrow@dentons.com<br><br>*Attorneys for plaintiff Sanderling Management Ltd.* | Bradley C. Graveline (6203817)<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>70 West Madison Street, 48th floor<br>Chicago, Illinois 60602<br>Office: (312) 499-6316<br>Cell: (312) 339-4804<br>Fax: (312) 499-6301<br>bgraveline@sheppardmullin.com<br><br>Steven G. Schortgen *(Pro Hac Vice Pending)*<br>Jennifer Klein Ayers *(Pro Hac Vice Pending)*<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2200 Ross Ave, 24th Floor<br>Dallas, Texas 75201<br>Office: (469) 391-7400<br>Fax: (469) 391-7401<br>sschortgen@sheppardmullin.com<br>jayers@sheppardmullin.com<br><br>Jesse Salen *(Pro Hac Vice Pending)*<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>12275 El Camino Real, Ste. 200<br>San Diego, CA 92130-4092<br>Office: (858) 720-8964<br>Fax: (858) 523-6722<br>jsalen@sheppardmullin.com<br><br>*Attorneys for defendant Snap Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, 2020, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Under Local Rule 5.9, the notice of electronic filing that issued through the CM/ECF system constituted service on all counsel of record.

*/s/ Manny J. Caixeiro*

Manny J. Caixeiro